```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                Plaintiff,

-against-

THE OTHEROOM INC et al.,

                Defendants.

22-cv-10074 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The status conference previously scheduled for December 18, 2023 at 11:00 AM is ADJOURNED to January 25, 2024 at 11:00 AM.

**Date: December 11, 2023**
**New York, NY**

                        _/s/ Mary Kay Vyskocil_
                        **MARY KAY VYSKOCIL**
                        **United States District Judge**

1