UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                Plaintiff,

-against-

THE OTHEROOM INC et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024

22-cv-10074 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In light of the failure of Plaintiff's counsel to appear at the conference before Judge Figueredo and the resulting adjournment of that conference, IT IS HEREBY ORDERED that the conference before Judge Vyskocil that was previously scheduled to take place on January 25, 2024 is ADJOURNED to February 15, 2024 at 10:30 AM.

IT IS FURTHER ORDERED that the parties must file a joint status letter and any pretrial submissions, in accordance with the Court's Individual Rules of Practice, by February 8, 2024.

**The parties are on notice that failure to comply with this Court's orders and Rules, including the Orders of Reference to Judge Figueredo [ECF Nos. 22, 24], may result in sanctions, including monetary sanctions, preclusion of evidence, claims, and defenses, and dismissal of this action with prejudice.**

Date: January 22, 2024
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1