```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                    Plaintiff,

-against-

THE OTHEROOM INC d/b/a THE OTHER ROOM et al.,

                    Defendants.

22-CV-10074 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to the Magistrate Judge for all discovery disputes. Dkt. No. 24. All orders, deadlines, and dates issued by Magistrate Judge Figueredo likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Figueredo. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Counsel are referred to Rule II(B)(9) of the Individual Rules governing the conduct of the case following the close of fact discovery.

    The post-discovery conference in this case that was previously scheduled for April 11, 2024, is hereby ADJOURNED to **Wednesday, April 17, 2024, at 3:30 p.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Additionally, the requirement that parties must submit a joint letter and any pre-motion submissions one week in advance of the post-discovery conference is VACATED; rather, parties must comply with the correspondence requirements of Rule II(B)(9) of the Individual Rules.

    If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

    In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated:  March 5, 2024
           New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge