UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH VOLFMAN,

                        Plaintiff,                    22-CV-10074 (MKV) (VF)

         -against-                               **ORDER**

THE OTHERROOM INC d/b/a THE OTHER ROOM,
et al,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter to address the issues raise in Plaintiff's letter at ECF No. 33 is hereby scheduled for **Monday, April 29, 2024, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [510 634 94#].**

      Should Defendants wish to provide a response to Plaintiff's letter, they are required to do so by no later than Thursday, April 25, 2024.

      **SO ORDERED.**

DATED:    New York, New York
             March 7, 2024

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge