**NACMIAS LAW FIRM PLLC**

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

April 12, 2024

Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   Volfman v. The Other Room Inc, et al.
      **DOCKET:  1:22-cv-10074**

Dear Judge Garnett,

    This office represents the plaintiff, Joseph Volfman ("Plaintiff"), in the above-referenced action. I write in accordance with Rule 1(B)(5) of Your Honor's Individual Rules & Practices to request an adjournment of the post-discovery conference, currently scheduled for April 17, 2024. This is Plaintiff's first request.

    On March 6th, Plaintiff filed a Letter Motion to compel discovery due to the defendant's ongoing refusal to provide responses to the same (Doc. 33). On March 7th, Your Honor referred this case to Magistrate Judge Figueredo for general purposes, including the ongoing discovery issues raised by Plaintiff in the March 6th Letter Motion (Doc. 34). Also on March 7th, Judge Figueredo scheduled a discovery conference to address the Letter Motion, currently scheduled for April 29th (Doc. 35).

    Notwithstanding the assignment and conference scheduled for April 29th, the parties are also scheduled to appear before Your Honor for a post-discovery conference on April 17th. Plaintiff respectfully submits that the post-discovery conference is premature given that no discovery has taken place.

    Accordingly, Plaintiff respectfully requests that the post-discovery conference be adjourned, *sine die*, subject to the scheduling to be established at the April 29th conference. Plaintiff further requests that Magistrate Judge Figueredo schedule the post-discovery conference to avoid unnecessary or redundant appearances.

Respectfully,

By: /s/ Andre Autz

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217

---

Request GRANTED.  The conference that is scheduled for April 17, 2024, is ADJOURNED *sine die*.  The parties are directed to notify the undersigned by letter as soon as discovery is completed.  The Clerk of Court is directed to terminate the letter-motion at Dkt. No. 36.

SO ORDERED.  Date 4/15/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE