UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH VOLFMAN,

                Plaintiff,                22-CV-10074 (MKV) (VF)

      -against-                                **ORDER**

THE OTHERROOM INC d/b/a THE OTHER ROOM,
et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference was held today, April 29, 2024, to address the dispute raise at ECF No. 33. At the conference, the parties indicated they were working toward settlement. In light of this effort, the close of fact discovery is extended to May 31, 2024.

      If the case is not resolved by May 9, 2024, a conference to address the dispute at ECF No. 33 is scheduled for **Wednesday, May 8, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 33.

      SO ORDERED.

DATED:    New York, New York
                April 29, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge