# MORTON S. MINSLEY
### Attorney at Law

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849    Fax: 212-766-9798    E-Mail: Minsleylaw@me.com

8 July 2024

**Via ECF**
Hon. Valerie Figueredo
US Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44.

> **MEMO ENDORSED**
>
> _[signature]_
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: 7-9-2024
>
> The conference scheduled to address the issue referenced in Plaintiff's letter at ECF No. 41 is adjourned from **Thursday, July 11, 2024 at 10:00 a.m.** to **Tuesday, July 16, 2024 at 3:00 p.m.**

Re:   Volfman v. The Otherroom, Inc. et. al.
      US District Court, SDNY, Case # 22-cv.-10074 (MMG-VF)

Dear Magistrate Judge Figueredo:

  I am the attorney for both Defendants, The Otherroom, Inc, ("Otherroom"), and 143 Perry Corp. ("Perry Corp" or "the Landlord"), in this action. I am writing to request the rescheduling of the conference in this matter currently scheduled for July 11, 2024 at 10:00 am. The reason for this request is that on July 11, 2024, I will be engaged in a Court ordered mediation in another ADA case, Brown v. Fu Tai, Inc., et al, 23 Civ. 10442 (JHR-RWL). Although the mediation in the Fu Tai case is scheduled for noon on July 11th, I will be meeting with my Fu Tai clients in the Bronx New York at the ADA premises prior to the actual mediation conference, which will then begin at noon by video conference. Previously, I had attempted to settle the Fu Tai case to dispense with the mediation, but it appears that any settlement in advance of the mediation will not happen and the Fu Tai mediation will be going forward on July 11th.

                   Respectfully,

                   _[signature]_

                   Morton S. Minsley

MSM:mm
CC. Andre Autz, Esq. (Via ECF)