**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH VOLFMAN,

                Plaintiff,                        **22-CV-10074 (MKV) (VF)**

       -against-                            **ORDER**

THE OTHERROOM INC d/b/a THE OTHER ROOM,
et al,

                Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      As discussed at the conference on July 16, 2024, given the parties' ongoing settlement negotiations, all deadlines in this case are adjourned *sine die*. The parties are directed to file a joint status update with the Court as to the status of settlement negotiations by **Friday, August 16, 2024**. In the alternative, the parties' may file a joint stipulation of dismissal in advance of that date.

**SO ORDERED.**

DATED:      New York, New York
             July 17, 2024

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge