UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH VOLFMAN,

                Plaintiff,                        22-CV-10074 (MKV) (VF)

      -against-                                **ORDER**

THE OTHERROOM INC d/b/a THE OTHER ROOM,
et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter to address the dispute raised at ECF No. 47 is hereby scheduled for **Tuesday, September 10, 2024 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:    New York, New York
              August 19, 2024

                                                      _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge