UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH VOLFMAN,

                                Plaintiff,                    22-CV-10074 (MKV) (VF)

            -against-                           **RESCHEDULING**
                                                                 **CONFERENCE ORDER**

THE OTHERROOM INC d/b/a THE OTHER ROOM,
et al,

                                Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter to address the dispute raised at ECF No. 47 is hereby rescheduled to **Wednesday, September 11, 2024 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:    New York, New York
                September 5, 2024

                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge