UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH VOLFMAN,

                        Plaintiff,                    **22-CV-10074 (MMG) (VF)**

    -against-                        **SCHEDULING ORDER**

THE OTHERROOM INC d/b/a THE OTHER ROOM,
et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

A conference in this matter to address the dispute raised at ECF No. 47 is hereby rescheduled for **Wednesday, September 18, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 50.

**SO ORDERED.**

DATED:     New York, New York
               September 10, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge