UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
JOSEPH VOLFMAN,

                Plaintiff,

   -against-

THEOTHEROOM, INC d/b/a THE OTHER ROOM
and 143 PERRY CORP.,

                Defendants.
_____x

Civil Action No. 1:22-cv-10074

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Joseph Volfman and Defendants THEOTHEROOM, INC d/b/a THE OTHER ROOM and 143 PERRY CORP by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: September 18, 2024

By: _____

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street
Brooklyn NY 11217
aautz@nacmiaslaw.com
917-602-6057

By: _____

Morton S. Minsley, Esq.
*Attorney for Defendants*
Attorney at Law
101 Lafayette Street, 10th Floor
New York, NY 10013
Phone: (212) 346-0849
E-Mail: Minsleylaw@me.com